UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCIS OJEDA,

        Plaintiff,

        -against-        :        ORDER

LONG ISLAND RAILROAD COMPANY,    :    09 Civ. 5082 (JFK)(KNF)

        Defendant.

------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/21/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on December 7, 2009, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       September 21, 2009       SO ORDERED:

                                        /s/ Kevin Nathaniel Fox
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE